IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ANDRE'A D. JOHNSON | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-323 |
| USP BEAUMONT, *et al.*, | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, Andre'a D. Johnson, an inmate confined at USP Beaumont, proceeding *pro se*, filed this *Bivens*-type action[1] against Defendants USP Beaumont, USP Beaumont Medical Department, I. Benitez, FNU Hernandez, and FNU Carson.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendation for the disposition of the case.

## Background

Plaintiff filed this complaint on August 24, 2023 (doc. # 1). On August 31, 2023, the undersigned ordered Plaintiff to file an application to proceed *in forma pauperis* accompanied with a certified income trust statement for the preceding six month period (doc. # 5). On September 22, 2023, Plaintiff filed an application to proceed *in forma pauperis* (doc. # 7). However, Plaintiff did not include a certified income trust statement for the preceding six month period. Plaintiff has had ample time to comply and has failed to do so.

## Discussion

Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to prosecute or for failure to comply with any court order. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). "This authority [under Rule 41(b)] flows from the court's inherent power to

---

[1] *See Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v. Graystone Ins. Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash, R.R. Co.*, 370 U.S. 626, 629 (1962)). Plaintiff has failed to provide a certified income trust statement for the preceding six month period. Plaintiff has failed to diligently prosecute his case.

### Recommendation

This civil rights action filed pursuant to 42 U.S.C. § 1983 should be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

### Objections

Within fourteen (14) days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(c).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen (14) days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Servs. Auto. Ass'n.*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

**SIGNED this the 14th day of November, 2023.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE